In the U.S. District Court - Central District Illinois
— SPRINGFIELD, ILL — **FILED**

\* 42 USC § 1983 \*

JAN 29 2015

PLAINTIFF = Jeffrey T. Jones

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

V

1  Defendants = - City of Lincoln, (A municipality)

2  Maurice Johnson - Lincoln Police Officer - (officially/Individually)

3  Kevin Lynn - Lincoln Police Officer - (officially/Individually)

4  Clint Wombles - Lincoln Police Officer - (officially/Individually)

5  Paul Adams - Lincoln Police Officer (officially/Individually)

6 - Logan County, Illinois (A Municipality)

7  Jonathon Wright, Logan County State Attorney, (officially/Individually)

8  John Doe, (To Be Named)   , officially/Individually)

9  William Yoder, Logan County Judge, (Individually)

10  Mark Kevin Wykoff Sr., Asst. Public Defender (Individually)

11  Michael Costello, Attorney at Law, (Individually)

12  Waynette Gutschlag, U.S. Citizen, (Individually)

13  Jerry Hall, U.S. Citizen, (Individually)


Now Comes the Defendant, Jeffrey T. Jones, by '1983' Complaint Against the Aforementioned defendants whom Acted under "color of State Law" at all times Violating Jones constitutional Rights of both the U.S And Illinois Constitutions. At all Times defendants #1-10 were Acting "under color of state law" 11-13 conspired with those defendants

1 of 37

··· ✗ ✗ STATEMENT OF FACTS ✗ ✗ ···

1    On or about 11:30 pm on 2-2-13 the Plaintiff Jeffrey T. Jones entered the Wishbone Tavern on 5th St. in Lincoln, IL.

2    Upon entering, Jones was quickly confronted by a Waynette Gutschlag whom was highly intoxicated and began to verbally harass Mr. Jones. Insults were exchanged between these two, which has happened many times in the past. Jones then walked away.

3    Moments Later Jones was Approached by A Jerry Hall, Gutschlags boyfriend, whom began to threaten Jones concerning Gutschlag.

4    Jones was soon approached by Donald Lingo who suggested that Jones just walk down stairs to avoid any drunken drama concerning these two. Jones and Lingo then walked to the downstairs bar.

5    Approximately 10 minutes later, it was by then 2-3-13, Hall once again located Jones and began to harass Jones even physically grabbing Jones. Jones once again turned his back to Hall and walked away. This is verified by Hall in the Police Report.

2

6  Jones then approached Donald Lingo and asked him to give him a ride as he had decided to leave, immediately.

7  Before leaving Jones and Lingo went to the downstairs restroom. At that time Hall once again followed Jones, entered the restroom and physically attacked Jones.

8  Jones turned and very briefly defended himself.

9  Jones than asked Hall what the hell his problem was and tried to help Hall to his feet.

10  Hall was repeatedly apologizing for his behavior.

11  Jones than suggested that Lingo call the Police so he could report the incident. Hall was begging them both not to call police. Jones was receptive and agreed not to call police.

12  At this point Jones and Lingo did indeed leave the wishbone tavern.

13  After Jones left, Hall then Located

3

WAYNETTE Gutschlag whom having no clue
As to what transpired, called Lincoln Police
And claimed Jones had attacked Hall.

14   A.s. records, reports and transcripts will
verify, three Lincoln, ILLINOIS Police Officers
then responded to the Wishbone Tavern.

15   Upon Arriving Officers Maurice Johnson,
Kevin Lynn and Clint Wombles spoke with
only Hall and Gutschlag. YET witness' lATER
verify there was over 100 people present at the
Wishbone Tavern which officers refused to question.

16   Records will show these very officers
have caught both Hall and Gutschlag lying
to police, filing false police reports And physic-
ally Assaulting multiple People over a 5 to 6
year period.

17   Records show at least 17 police reports,
multiple Arrests and convictions involving
both Hall and Gutschlag, some written by officers
Wombles and Lynn in recent years.

18   Knowing First hand that both Hall and
Gutschlag have zero veracity, Lincoln Officers
refused to investigate these accusations.

4

19    Grand Jury transcripts verify that
Officer Johnson states during his testimony
"After talking with Hall, we did no investigation."

20    Officers Wombles, Lynn, and Johnson
admittedly refused to do any investigation,
ignored easily obtainable facts and clearly
avoided finding any evidence in Jones favor.
Thereby "manufacturing" probable cause.

21    Records will show at the time of this
incident that Corporal Kevin Lynn, the ranking
officer on site, was a defendant in a 1983'
Federal Civil Rights Violation suit filed by
Jeffrey T. Jones.

22    No "reasonable officer" would take the
word of two habitual lying drug addicts and
refuse to even speak to over 100 other people
that were present at the Wishbone.

23    Over a 5 year period Jones had 5 arrests
by Lincoln Police Dept and its officers dismissed.
One not guilty verdict of two counts, by Lincoln
Police, of resisting arrest. As well as multiple
run ins with on and off duty Lincoln, Ill
Police Officers. These have led to 3 seperate
1983' Federal Complaints not including this
current complaint.

5

24   It is clear that the Policies of the City of Lincoln, IL, The Lincoln Police Dept and its officers in general have engaged in an obvious campaign to harass Jones and his family, to deny him his most basic of Civil Rights guaranteed by both the Illinois and U.S. Constitution. Being the right to be Free from Unlawful search and seizure, to be treated fairly and Equally under both the 5th and 14th Amendment under the U.S. Constitution as well the Illinois Constitution.

25   These officers being Maurice Johnson, Kevin Lynn, Clint Wombles and Paul Adams as well as the City of Lincoln as a municipality making and enforcing the Policies of the Lincoln, Illinois Police Department, have conspired within its own department as well with States Attorney Jonathon Wright and Citizens Jerry Hall and Waynette Gutsching to deny Jones his most Fundamental Civil Rights being the 1st, 4th, 5th and 14th Amendments of the U.S. Constitution. Clearly Jones was subjected to False imprisonment and unlawfully seized by defendants.

6

\* Officer Paul Adams \*

26 X Conspiracy, Failed to run unbias investigation X
X coerced witnesses, Unconstitutional Line up X
X Falsified police reports, Refused to question X
X possible witnesses as to Halls request of perjury X

27 Throughout the month of January, 2014
Lincoln Police detective Paul Adams did indeed
ingauge in a "pseudo", investigation as to the
events on 2-3-13. (11 months after the incident)

28 First of all Det. Adams purposely avoided
certain witnesses knowing he may find evidence
in Jones' favor. Mainly Jones himself. Jones
was in the very same building as Det. Adams
office yet never once attempted to speak to
Mr. Jones, ask him for witnesses or his version
of events.

29 Records will `prove` that Mr. Jones did
indeed contact Adams and Adams refused to
speak to Jones for fear of finding evidence
in Jones' favor. It is plain that Prosecutor
Wright and Detective Adams conspired to
avoid Jones for fear of finding evidence in
Jones' favor. What officer avoids a suspect statement?!

30 Adams, Repeatedly tells interviewers that 'someone'
gave their name as being present. Knowing it was
Hall who gave their names to police.

7

31   The point is why' did HALL give their NAMES.
Simply because HALL had previously asked these
people to lie on his behalf. Clearly ADAMS was
Avoiding this 'sensitive' ISSUE AS to NOT have A
witness 'blurt out' "HALL has approached me AND
ASKed me to lie." Which is clearly what had
happened. (SEE PAGE 34 of this Complaint)

32    ON OR ABOUT 1-16-14 Detective Adams
spoke with A Donald Lingo who informed
ADAMS that (#)JONES did NOT EVER threaten
Gutschlag (#2) That HALL instigated JONES, JONES
walked AWAY (#3) that HALL stalked AND battered
JONES. (#4) JONES defended Himself very briefly (#5#)
JONES did indeed wANT to call police to report
the issue.

33    YET ADAMS falsified his written report
stating that Lingo was going to call police then
"JONES" begged "No cops, please, no cops." Audio
recordings will verify that Lingo clearly
told ADAMS that "HALL" pleaded "No cops, please,
No cops." Clearly Adams was intentionally
stating JONES pleaded to NOT phone police to
show consciousness of guilt. Clearly falsifying
A written police report. (SEE Police report JANUARY 2014)

34   Most importantly why would the Lincoln
Police Department AND its officers completely

8

Refuse to investigate the incident on the
Night that the altercation occured? Why would
they then run a binsed investigation 11½ to 12
months later, over 9 months affering holding
Jones in custody? Then completely avoid Jones
Altogether when he was literally 50 feer from
detective Adams at all times throughout his
investigation? Even being contacted by Jones
And asking to speak with him!!!

35   While Mr. Jones was in custody and being
represented by Counsel Det. Adam's interviewed
A James Howard. During that interview Adams
showed Howard A single photo, this being Jones
And stated is this the guy you saw? Howard
could not I.d. Jones.

36   Why would Adams not do A photo pack
Line up? Why did he not do an "actual" line
up as Jones was indeed in custody? Seem's
he was trying his best to deny Jones his
federal rights to be treated with fairness,
due process and to be free from unlawful
seizure, Also guaranteed by Constitution of Illinois.

37   This man being interviewed was not
ILL, from out of State or any special circum-
stance requiring a photo line up. Clearly an

9

Actual line up should have been conducted
As Jones was in custody and at that
time be represented by Counsel.

37-A) Reports show this man described an
Alleged Attack by "some young guy" Never
once being ask to give any kind of
description of the alleged Attacker.
Simply being shown one single booking
photo of Jones, yet he could not I.D.
Jones period.

37-B) Furthermore Jones was 46 yrs old, graying
hair, white goatee, 6'2, 250 lbs and
covered in Tattoos. This man could not
even give a description of Jones yet
was subpoenaed by Prosecutor Wright
to testify! Testify to what I ask?

37-C) Clearly Prosecutor Wright was
Abusing his Authority to subpoena wit-
nesses And bolster any case against Jones.
In Fact NOT ONE Single witness
Saw OR Heard Jones Threaten
Gutschlag or Attack Hall, other
than one witness who states Jones
clearly defended himself only Against Hall.

10.

* MARK KEVIN WYKOFF SR *

— LOGAN COUNTY ASSISTANT PUBLIC DEFENDER —

38   + Conspired to deny Plaintiff effective counsel and due Process +
     Records, Documents AND TRANSCRIPTS WILL SHOW
     that Attorney WyKoFF conspired with both the
     LogAN County Prosecutor JonAthon Wright, and
     Logan County Judge William YODER, to deny Jones
     his Federal Rights to due process, a FAIR Trial and
     Effective ASSISTANCE of counsel throughout his
     tenure as Government Appointed Counsel for Plain-
     tiff Jeffrey T. Jones concerning Logan County
     Case # 13-CF-46, between 2-26-14 and 3-24-14.

39     Records will prove that Jones repeatedly contacted
     WyKoFF in multiple fashion, only to be ignored
     by WyKoFF. WyKoFF refused to communicate in
     "Any fashion" what so ever concerning criminal
     case # 13-CF-46. NEVER once did WyKoFF and Jones
     discuss the strategies, evidence, witnesses etc.

40    Documents will show that the Prosecution
     planned to use witnesses whom were Never verified
     to even be at the scene on 2-3-13 yet were related
     to alleged victim Jerry Hall, Witnesses that desc-
     ribed A young man, Jones was 46 and graying, Howard
     could not even pick Jones from A 1 picture line-
     up. A line up conducted with 1 photo while Jones
     was in custody with legal representation. ALL
     Witnesses, were witnesses to nothing! Yet WyKoFF
     refused to file ONE motion to suppress these

Witnesses from testifying. Motions that "any"
first year law student would easily know he
would need to file, any Reasonable Attorney.

41    There was NOT ONE EYE Witness to ANY crime
committed by Jones. Prosecutor Wright was using
Halls own children to perjure themselves and
bolster his case against Jones. Yet still Wykoff
refused to file one motion concerning this issue.

42    On or about 2-25-14 Jones, as a pro se
defendant, presented Evidence in open court that
Alleged victim Jerry Hall was attempting to
recruit multiple people to lie for him at Jones'
trial and state they witnessed Jones attack
Hall. THESE WITNESSES REFUSED to conspire w/ Hall.

43    One of said witnesses contacted Jones' family
and informed them what Hall had done.

44    On or about March 5, 2014 Jones mailed
A large packet of discovery with the names of
these men whom were asked to lie. Faced with
Evidence of false testimony, witness tampering and
clear misconduct Mr. Wykoff refused to do "any"
investigation what so ever. Never even placing a
phone call, yet had the names, phone numbers and
addresses of these men whom were asked to
perjure themselves.

45    Faced with testimony at the Grand

12

Jury that Jones had broken both cheeks, the orbitals and the neck of Jerry Hall, even though the doctors report from 2-3-13 clearly stating these injuries were pre-existing, that Hall had 'complete' facial reconstruction prior to 2-3-13, Mr. Wykoff refused to subpeona these medical records or even address the issue that false testimony had been given at the Grand Jury and medical records would 'prove' during the trial that said injuries were preexisting. Wykoff refused to perform the simplest of inquiries into this obvious evidence or issue.

46   Grand Jury transcripts prove that three Lincoln Police officers were present at the scene on 2-3-13 and. admittedly' failed to even investigate with over 100 possible witnesses.

47   These were officers Johnson, Wombles and Corporal Lynn. Records will show Mr. Wykoff refused to subpeona any of these witnesses.

48   Officer Wombles furthermore would have verified that 'alleged' victim Waynette Gutschlag had accused Jones of the exact same crime before and it was discovered she was lying to officers.

49   Actually both Officer Wombles and

13

Corporal Lynn had caught these 'alleged' victims lying on multiple occasions. Even knowing these two were notorious liars and known for obstructing officers and filing false reports, still with over 100 people present, these officers refused to investigate.

50   Furthermore, Corporal Lynn who was the highest ranking officer on scene, was a defendant in a '1983' Civil Rights violation suit brought by Jones and had extremely strong motive for refusing to investigate fairly, Mr. Wykoff once again refused to subpeona Lynn or Wombles to explain these deficiencies.

51   On or about 3-20-14 Mr. Wykoff filed and argued a "motion in limine" to allow Mr. Jones to testify, opening up Mr. Jones criminal history and the fact that he was on parole.

52   Wykoff refused to even discuss this motion what so ever with Jones. Jones having no intention what so ever of testifying.

53   Clearly a move to 'dupe" Mr. Jones into opening up his convictions to the Jury.

54   On 3-24-14, the actual day of the trial Mr. Wykoff submitted a list of witnesses

14

to the court. This list contained six
witnesses. Court Dockets will show that in
FACT 'NONE' of these WITNESSES were ACTUALLY
SUBPEONAED WHAT SO EVER.

55    Actually, MR WyKOFF SUBPEONAED NO ONE,
interviewed NO ONE, INVESTIGATED NO ONE or NOTHING
AND refused to speak with MR JONES, his own client
in ANY MANNER what so EVER. EVEN though he had
EVIDENCE of JONES' ACTUAL INNOCENCE by WAY of
multiple witnesses, being Don Lingo, Jil MARTEN,
Holly Beck AND Scott Johnston, MR. WyKOFF
refused to contact these witnesses or subpeona
said witnesses.

56    MR. WyKOFF failed to challenge the "Harass-
ment of A Witness" Charge what so EVER. There was
NOT ONE speck of EVIDENCE, YET NO ONE, paid or govern-
ment ATTORNEY, EVER challenged this UNCONSTITUTIONAL
charge. A very simple MOTION AND hearing would
have EASILY gotten this "charge" thrown out. Clearly
VIOLATING MR. JONES first AMENDMENT Rights to Free
Speech. MR. JONES was ARRESTED AND charged with A
CLASS 2 Felony, 2-5 yrs. IN State Prison, for simply
ARGUEING with Gutschlag. Multiple witnesses were
present yet All government entities ignored ANY
presumption of INNOCENCE AND ignored All EVIDENCE IN
Jones' favor, including his own ATTORNEY, MR. WyKOFF.
This charge was A clear MANipulation by Prose-
cution to increase bond AND deny Jones his

15

Right to a sensible bond, yet this was never
even investigated or addressed by Mr. Jones'
counsel, Mark Kevin Wykoff Sr.

57    After 10 months in custody, fighting tooth
and nail, against ever fiber of his being, Jones
had no choice but to succumb to a plea. Facing
10yrs in prison and not one person, body or
entity acting fairly in Jones' favor, giving him
what the constitution guarantees, he had no
choice but to accept a plea of 3½ years in
State prison, only a fool would have gone to
trial!!! This occured on the day of his Jury
trial after being dressed in street clothes,
showing Mr. Jones had "every" intention of
going to trial, Clearly Mr. Wykoff "conspired"
with the Court and Prosecution to avoid a
trial through intentionally denying Mr. Jones
Anything even resembling "Effective assistance
of counsel" and "A fair trial", forcing a plea.

58    Then on that 3-24-14, Knowing that Jones
was entitled to 81 days time served from 4-27-13
to 7-16-13 defendant Mark Kevin Wykoff Sr. did
conspire with Logan County Prosecutor Jonathon
Wright when he convinced Jones to forego those
presentence credits, Knowing full well that he and
the Prosecutor were denying Mr. Jones his statutory
Rights to those presentence credits. Evidence will
show Mr. Wykoff Knew Jones was owed these credits.

16

(58-A) Furthermore Jones has filed AN Amended mittimus, mandumas', motions to Appear etc even a mandamus written pro-se yet submitted by Wykoff in September 2014. As of this day Mr. Wykoff has never secured Jones' Appearance for the motion, though Jones has written both the Court and Wykoff Multiple times with no reply or any court Appearances. Clearly once again showing the conspiracy through out the Justice System in Logan County as to Jeffrey T. Jones.

17

DefendANT

*** Michael Costello ***

— ATTORNEY AT LAW Springfield, IL —

(59-83 omitted)  X X ConspiracY X X

84.  Records, Documents And witNesses
will verify that Costello Knew from
the moment. Jones Hired him that
there was no evidence of any crime
AND that Jones' 4th Amendment had
clearly been violated.

85  Throughout his Representation of
Jones concerning 13-CF-46 evidence
shows that Costello clearly conspired
with Logan County Prosecutor Jonathon
Wright to violAte Jones' most basic
Federal Rights.  (SEE court docket- 1-14-14) attached

86  Through a falling out between Jones
And Costello evidence will show that
Costello enhanced his level of cooperation (par. 137)
with the Prosecutor in convicting Jones.
During A bond reduction hearing Costello
Allowed the prosecution to bring 25 year
old misdemeanors, Arrests without convict-
ions etc. Failing to even mention clearly no evidence.

87  No Reasonable Attorney would fail
to file A dismissal of these charges or
Allow numerous' Federal Violations to
occur. Clearly showing A conspiracy.

18

Defendant

*** Judge William Yoder ***
— Circuit Judge Eleventh Judicial Circuit —

88 X Conspired to violate Jones' constitutional X
X Right to Free Speech, Due Process, Reasonable X
XBond, Equal Treatment under both the 5th X
X AND 14th Amendments/ Malicious Prosecution X

89    First of ALL, Judge Yoder was informed of
every single violation and unethical action
performed by court officers and entity mentioned
within this complaint, yet chose to ignore them.

90 * He ignored violations of Jones' right to timely,
Arraignment, speedy trial and due process in
general. Jones' right to be free from malicious
prosecution, unlawful search + Seizure. (see docket)
                                *(90 Along with Costello)

91    Actual Documents and the docket will verify that
Judge Yoder Knowingly violated Jones' First
Amendment. Jones wrote Judge Yoder and
told him that his Attorney and the Prose-
cutor were conspiring against him. Judge
Yoder contacted Jones, (by document) and then
told Jones he was not Allowed to complain
about his constitutional rights being violated,
in fact. He was not Allowed to contact or
complain to the presiding Judge, being him-
self, in any manner. Clearly violating Jones'
right to free Speech. A clear Violation of
His administrative duties, being to insure his
officers abide by Due Process standards.

19

92  Furthermore Judge Yoder failed to
insure a code of conduct was followed
by the Attorneys under his administrative
Authority, As motions And documents will prove.

93  On 2-25-14 Judge Yoder was
fully informed of all of the violations
Etc. Including the Fact that alleged
Victim Jerry Hall was recruiting people
to lie for him in court. Judge Yoder Along
with prosecutor Wright blatantly ignored
the evidence presented to them in court,
on the record, clearly showing a conspiracy.

94  Furthermore on that day, As records
will verify, Jones presented the court with
solid evidence, being grand Jury Transcripts,
that the Prosecutor and the alleged Vic-
tims did indeed conspire to, and indeed did,
present false evidence and testimony to
the Grand Jury to obtain the indictment.

95  Judge Yoder ignored this evidence And
denied Jones a valid and proper evidentiary
hearing to investigate the Grand Jury Minutes.

96  Furthermore the entire 'Harassing a Witness'
Charge was a clear farce, based entirely on violating
Jones Right to Free Speech, Yoder aided in a Malicious Prosecution

20

" DEFENDANT "

**\* \* JONATHON WRIGHT \* \***

— Logan County States Attorney —

97   Records, documents, Transcripts etc. will
easily verify that Prosecutor Wright did
indeed manufacture probable cause by simply
refusing to investigate, That Wright did
violate Jones' Federal Right to communicate
with his Attorney of record on 9-12-13.
Wright Also conspired with Jerry Hall,
Waynette Gutschlag, Lincoln Police officers,
Public Defender Wykoff, Attorney Michael
Costello, Sheriff Steve Nichols And Judge
William Yoder to deny Jones his federal
rights, under the 1st, 4th, 5th, 6th, 8th
and 14th Amendments of the U.S. Constit-
ution, also subjecting Jones to false imprisonment + arrest.

98   On or About 2-11-13 Logan County
Prosecutor Jonathon Wright did convene a
Grand Jury to present the "evidence" con-
cerning the issues of the incident that
occured on 2-3-13 At the Wishbone Tavern
in Lincoln, IL.

99   Evidence, being Grand Jury transcripts,
will verify that both Police And the Prosecutor
manufactured probable cause by simply refusing
to run An unbiased investigation, by purposely

21

ignoring Easily obtainable facts.

100  Evidence will show that Prosecutor Wright, Knowing that Police Refused to investigate on 2-3-13 thru 2-11-13, did intentionally and with "premeditation" present "false testimony" to the Grand Jury on that day.

101  On 2-11-13 Wright told the Grand Jury that Gutschlag had testified against Jones in a Court Proceeding. (Grand Jury transcripts Page 14)

102  He further states that Gutschlag was Subpeonaed and questioned by an Attorney. (see peoples discovery - no subpeena, no docket)

103  These are blatant and intentional False-hoods. Being Mr. Wright's office is located less than 100 Feet from the Circuit Clerks office A simple and brief investigation easily verify's this to be a lie, also proving Prosecutor Wright refused to investigate for fear of finding Evidence in Jones' favor. (No evidence)

104  Obviously Gutschlag and Wright had communicated prior and conspired to lie to the Grand

22.

Jury on 2-11-13. in order to Aquire
AN indictment for Harassment of a Witness:
Being a class 2 felony carrying a prison
sentence of 2-5 years.

105   Documentation Also verify's that Jones
in no way 'ever' threatened Gutschlag
in any manner. (Police Reports January 2014)

106   Documents Also verify that Gutschlag
has falsely accused Jones of the same
thing in the past and police discovered
she was lying. (Police Report 5-21-11)

107   Infact in over 15 police reports
by Lincoln P.d. Gutschlag has been caught
lying to police on "Numerous" occasions! Yet
with over 100 people present on 2-3-13
Police refused to question one person!

108   Jones and Gutschlag simply traded
insults on 2-3-13 As has occured Numerous
times in 20+ years. Jones was indicted
And Arrested for simply exercising his First
Amendment Right, same as Gutschlag.

109   Due to the seriousness of the charge, it
was Mr. Wright's intent to falsely charge Jones to
'inflate' the bond to clearly deny Jones

23

his 8th Amendment right to A reasonable bond. Which indeed happened As Jones' bail was a whopping $150,000!

110   Clearly by Conspiring with Judge Yoder and Attorney Costello his goals were Easily obtained, a malicious prosecution.

111   Had Lincoln Police Spoken to witnesses on 2-3-13 and Prosecutor Wright walked 100 feet and spent 10-15 minutes he would have Known no evidence existed, Proving Wright intentionally avoided evidence.

112   Ironically officer Johnson admits that he and two other Lincoln Police officers did "No investigation" on 2-3-13. (Grand Jury Transcripts Page 9) yet well over 100 people were present!

113   Also, on 2-11-13 during the Grand Jury Mr. Wright told the Grand Jury that Jones crushed both Cheeks of Hall, Crushed the Orbitals of Hall and Actually broke Halls Neck!

114   The only form of evidence in existance on 2-11-13 was a medical report

24

from Doctors AND Nurses AT the E.R. of Abraham Lincoln Memorial Hospital stating that Hall had recently had his entire face reconstructed AND he indeed had 'multiple' pre existing injuries.

115  Knowing that HALL had sustained the injuries prior to 2-3-13 Prosecutor Wright Actually stated during the Grand Jury " None of those injuries you had prior to February 3rd--". To which Hall answered "No". (G. J. Transcripts Page 28)

116  Clearly Wright chose to ignore evidence obtained during the 'investigative' phase of this case. Obviously refusing to due his investigative duties AND verify these injuries with the 'Original' Doctors that Attended to Hall prior to 2-3-13.

117  Ironically, 11 months 'after' the Grand Jury, by suggestion from Prosecutor Wright, the Lincoln Police do run A 'pseudo' investigation in which they find not one witness out of over 15 questioned that Heard Jones threaten Gutschlag in ANY Manner. Simply traded insults, mutually. Clearly excercising his Constitutional Right to free Speech.

25

118   Furtheamore evidence showed Jones
was repeatedly confronted by both Hall +
Gutschlag and repeatedly walked away
And only after being stalked and attacked
by Hall did Jones then "briefly" defend him-
self as verified by Hall and Gutschlags own
family.

119   Wright refused to do his lawful
duty and discontinue this persecution, by
Ignoring every shred of evidence which
proved Jones' innocence.

120   Witness testimony will prove that Wright
conspired with Hall to get Jones in the
Logan County Jail and deny him all
his Federal Rights. Actually stating "Once
I get Jones in "Our" Jail he's mine."

121   Which did indeed occur. Once placing Jones
in Logan County Jail / Lincoln Police ran
a pseudo-investigation yet refused to talk to
Jones, ran line ups without Jones or his attorney,
Jones' Public defender refused to even communicate
with Jones. Even the Judge refused to address
these issues after being notified by Jones. Clearly
these entities inflicted intentional emotional distress.

122   Any layperson let alone a legal mind can

26

deduce what occured concerning Jones
and his being denied his most basic Civil
Rights.

✳   ✳    ✳    ✳    ✳    ✳

123   Court Minutes will verify that on
9-12-13 Prosecutor Wright interfered with
Jones' Right to communicate with his
Attorney of Record.

124   On that day Jones was brought
from Dixon Correctional Center to appear
in Court on 13-CF-46.

125   On that day his Attorney Mike
Costello failed to appear, Attorney
Jeff Page Appeared for Mr. Jones on
behalf of Michael Costello.

126   On that day Jones informed Attorney
Page that he and Costello had spoken 48
hours earlier and had decided to ask the
Judge for a remand to the County Jail
to communicate and discuss trial strategy
as Jones was in Dixon, IL well over
3½ hours from his Attorney.

127   At this time Attorney Page went

27

directly to Prosecutor Wright and told
him of our intentions to Ask for A remand.

128  Why Page would violate the confidentiality
is A Mystery? Other than the fact that Page
is a Public Defender and has worked with
Wright for well over a decade.

129  Wright stated then that "he" would not
Allow Jones A remand! Stating if Jones
wants A remand he can come back on
9-27-13.

130  Court Minutes will indeed verify that
this date was Already decided upon before
Appearing before the Court.

131  Prosecutor Wright had no cause to
interfere with Jones' right to communicate
with his Attorney of record. This right being
renewed with each relocation of any defen-
dant under Illinois statutes.

132  Prosecutor Wright had no cause or priviledge
to dictate when, where or how a defendant
communicates with his Attorney.
  ✻    ✻    ✻    ✻    ✻    ✻

133  Records will also verify that on 9-27-13

28   ⸱⸳

Prosecutor Wright obtained a list of over 15 possible witnesses to the events that occured on 2-3-13.

134  More to the Point, Prosecutor Wright Withheld this evidence from the defense and his own investigators for 4 months while Jones was held in custody and preparing his defense and strenuously arguing his innocence with Police, Prosecutors, FBI, Dept. of Justice, State Police, Sheriffs and the Honorable Court. Every single one of these entities refused to speak with Jones in any manner, including Jones' own attorney.

135  Wright refused to investigate for 4 months!
✕  ✕  ✕  ✕  ✕

136  The Docket will show on 1-16-14 a Court appearance was scheduled for Jones to address the Court concerning of Speedy Trial issue. At this time Jones had already been in custody for approximately 9 months.

137  The docket for 13-CF-46 will also verify that Jones was in custody for 154 days before the tolling of his Speedy Trial. Speedy trial being 120 days in Illinois. Furthermore Jones was held 81 days

29

before he was even Arraigned. Yet had
been indicted 5 months prior to Arraignment!
The docket states that His Attorney
Michael Costello And Prosecutor Jonathon
Wright communicated And "they" decided
to cancel my hearing concering A Speedy
Trial issue- This occured on 1-14-14. (Docket)

138   Clearly Prosecutor Wright conspired
with Attorey Costello to deny Jones his
rights to due process Speedy trial AND
equal AND humane treatment,

�kk ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶

139   In February of 2014 Jones' family
was Approached by A John Steen And he
informed them that Alleged-Victim Jerry
Hall was Asking him AND two other men
to lie IN court on his behalf AND state
they saw Jones Attack Jerry Hall.

140   These men refused. Yet were willing
to testify to Hall's Attempt to obstruct
Justice and Falsify evidence.

141   ON 2-25-14 Jones Appeared iN Court
As A pro-se defendANT AND presented this

30

information, or evidence if you will, to
both the Prosecutor and the Honorable
Court only to be completely ignored.

142   Even Presenting on paper the names,
Addresses and phone numbers of these
witnesses to both Prosecutor and Judge!

143   Once again Prosecutor Wright having
evidence in hand ignored easily obtainable
facts and refused to investigate under
ABA Standards of Justice.

       ✳     ✳     ✳     ✳     ✳

144   In conclusion; There is much, much
more evidence proving a clear conspiracy among
Hall, Gutschlag, Wright and Lincoln Police etc.
as the case file and complaints filed by
Jones with the ARDC will verify.

145   From 7-5-08 thru 8-10-11 Jones
was Arrested at least 6 times by Lincoln
Police. Totaling at least 21 charges, almost
Quarter of million dollars in bail.

146   Out of these, 18 charges were completely
dismissed. Also, Jones was found not guilty
At a Jury trial of 2 other charges.

31

The only conviction of the 21 charges
is also currently in Federal Court, ILCO.

147   After Numerous run ins with off duty
Lincoln Police officers, Filing multiple `1983`
Civil rights violations, multiple arrests dis-
missed and a not guilty verdict, which was
prosecuted and Lost by the Logan County
States Attorney's Office, its clear that
these entities conspired to deny Jones
his most basic and fundamental Rights
and convict him at all costs.

148   In short, the evidence of a
conspiracy to arrest and convict Jones
at any cost is so overwhelming that
No one could ever claim anyform of
"Good Faith". Clearly Malicious Prosecution.

149   Evidence shows that Hall, Gutschlag,
Wright and Lincoln Police conspired to harass and
Arrest Jones' family as a group denying them
Equal protection under the law. A few short
weeks after the 2-3-13 Episode, Hall +
Gutschlag used the exact same behavior
to Harass Jones' son, Kyle F. Welch, in a
conspiracy with Lincoln Police to arrest
Welch. (Police Report # 2013-1712 Lincoln P.D.)

32

150   Provoking Welch to incite a physical
reaction. When Welch did not fall for the
obvious 'ploy', they simply called police and
claimed Welch had harassed and threatened
them.

151   Lincoln Police Officers showed up at the
Wishbone Tavern and used this false and
manufactured Probable Cause to detain
and search Welch, finding cocaine upon his
person, which was used to convict Welch.

152   Witnesses will verify Lincoln Officers
had earlier approached Hall and Gutschlag
and obviously encouraged them to provoke Welch
into a physical response on that evening.

153   At that time Officers even threatened
Welch concerning their desire to arrest
and convict his father, Jeffrey T Jones
and he would go down with him.

154   The same pattern of conduct occured on
or about 11-10-13 when Gutschlag continuously
attempted to provoke Jones' sister, Lijalane
Frye into a fight. (See Lincoln Police Report #2013-12409)

155   After Frye walked away from Gutschlags
taunts etc. and Gutschlag being thrown out of
the establishment, Gutschlag returned to

33

stalk FryE AND physically Assault her
As she exited the courtroom (a clear pattern)

156 Many witnesses verified this version of
events to Lincoln Police officer Clint
Wombles. Having a victim, witnesses AND
overwhelming evidence of a Felony Battery
both Lincoln Police officers AND Logan
County State Attorney Jon Wright chose
to Deny Both Kyle F Welch, Jones' son,
AND LiJALANE FryE, Jones' sister,
their Federal Rights under the 4th, 5th
AND 14th Amendments simply because
they were Jeffrey T. Jones' FAmily
members "A group" if you will.

157 Clearly Hall AND Gutschlag have con-
spired with both the Lincoln Police Dept.
(city of Lincoln) AND Jonathon Wright (Logan
County) to Harass, arrest, convict AND deny
Jones' AND his Family their Federal rights
As Police Reports, motions, dockets etc. will
All easily verify this complaint in its entirety.

158 A 220 plus page complaint filed with the
ARDC concerning Prosecutor Wright's clearly
unethical methods AND unconstitutional
behavior shows without doubt his deliberate
methods to "maliciously Prosecute" Jones.

34

159    IN Conclusion: Being this is A
       Pro-Se MOTION with out benefit of
       Counsel JONES prays the Court CAN
       construe what has occured here.

160    Throughout ANY discovery phase
       the Court can be Assured that there
       is "overwhelming" evidence of the
       Unconstitutional claims made by
       the PlAINtiff within this complaint.
              (Police Reports, witness
       statements, Transcripts, documents,
       motions, dockets, communications,
       letters, U.S. MAIL verifications, phone
       records etc.).
              IN short, there is A solid piece
       of evidence to verify EACH Accusation.

161    Also, be Assured that the "Good Fight"
       was fought by Jones for his rights, only to
       be denied with malice by the defendants
       As evidence will prove.

162    This is the exAct behavior our
       Fore fathers fought to overcome, For which
       the Revolutionary War was fought. For which
       the U.S. Constitution was created. Clearly,

35

163    To guarentee timely Arraignment,
Speedy Trial, Due process, Free Speech
No arrest without probable cause, yet
All of these were blatantly denied to
Jones.

164    Not one of the defendants can
claim any form of "Good Faith" as
All these violation were repentedly
pointed out and argued against
throughout the Judicial Process
by Jeffrey T Jones concerning
Logan County Case #13-CF-46
The "totality" and sheer number of violations are
undeniably blatant and intentional.
    Under penalty of perjury I
Now state these Aforementioned
facts to be true to the best
of my knowledge.

                    Plaintiff:
                    JEFFREY T JONES

                    Jeffrey T Jones

        Jeffrey T Jones N-97561
        PO Box 499
        Hillsboro, IL 62049

36

�'s Plaintiff demands trial by Jury ✕

Plaintiff Jeffrey T Jones
moves for Judgement against the
Aforementioned Plaintiffs and asks
for the following:

As to Defendants:
Jonathon Wright (Logan County State Attorney)
William Yoder (Logan County Circuit Judge)
Mark Kevin Wykoff Sr. (Asst Logan Public Defender)
    Plaintiff asks for $50,000 in
Compensatory damages per defendant.
    Punitive Damages in excess of
    $250,000 per defendant.

As to Defendants:
Maurice Johnson, Kevin Lynn, Clint Wombles,
Paul Adams, John Doe , Michael Costello,
Waynette Gutschlag, Jerry Hall, City
of Lincoln, County of Logan:
    Plaintiff asks for $50,000 in
Compensatory damages per defendant.
    Punitive damages in excess of
    $100,000 per defendant.

Plaintiff also asks for any future
or possible Legal Fees be payed by defendants.

37

United States District Court
Central Illinois
Springfield, IL Division

Plaintiff Jeffrey T. Jones

v                                #

Defendants City of Lincoln
(ET AL)

"Motion For Extension of Time"

① At the time of the Filing of this
Complaint I am asking for a 90 day
Extension before any filings, motions or
decisions by the court to obtain some elusive
manufactured evidence, evidence of perjury
and obstruction, witness declarations,
Trial Transcripts etc.

② I am currently incarcerated in
the Illinois dept. of Corrections but
will be released on 4-16-15, only
days from this date.

③ I am simply asking the Honorable Court
for a fair opportunity to file a more complete
and efficient complaint and possibly obtain
Counsel.

1 of 2

US District Court

④ Furthermore, I believe the
Actual Inquiries did not stop, at
the very soonest, until JANUARY of
2014, but to avoid any ambiguity
as to the issue of statute of limi-
tations I felt it prudent to
file prior to the 2 yr ANNiversary
of the First Injury, which began
on 2-3-13.

⑤   I simply ask the court to
take these facts and hinderences
into consideration as to the asking
of the extension of time. As a
few declarations can be quickly and
easily acquired post 4-16-15.

⑥   Last, any time after 4-16-15 would
not be considered "Free Time," as is the term,
And one is then bound by sheer will and
determination in his efforts as a pro-se
Plaintiff and must doggedly prove his
determination! As it should be.

                    Respectfully
                    Plaintiff:
                    Jeffrey T. Jones
                    JEFFREY T. JONES

2 of 2